**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-30111**
_____

STEELE CONTRACTORS, INCORPORATED; ET AL          PLAINTIFFS

STEELE CONTRACTORS, INC.                    PLAINTIFF-APPELLANT

versus

UNITED STATES ARMY CORPS OF ENGINEERS;
UNITED STATES OF AMERICA                    DEFENDANTS-APPELLEES

_____

**Appeal from the United States District Court**
**for the Eastern District of Louisiana, New Orleans**
**(95-CV-2520-E)**
_____

**September 8, 1997**
**Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:**

**PER CURIAM:**[*]

**AFFIRMED** for the reasons stated in the comprehensive and well-reasoned opinion by the Administrative Law Judge for the Corps of Engineers Board of Contract Appeals and adopted by the United States District Court.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.